UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
NUCORP, INC., :
: Civil Action No. _____
               Plaintiff, :
:
   vs. :
:
JOHN DOES 1-37, :
:
               Defendants. :
:
-----------------------------------------------------------------X

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

                                                   Respectfully submitted,

                                                   FIORE & BARBER, LLC

By: _____
      Christopher P. Fiore, Esquire
      Aman M. Barber, III, Esquire
      Attorneys for Plaintiff
      425 Main Street, Suite 200
      Harleysville, PA 19438
      Tel: (215) 256-0205
      Fax: (215) 256-9205
      Email: cfiore@fiorebarber.com