UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X

NUCORP, LTD.,

                Plaintiff,

      vs.

JOHN DOES 1-37,

                Defendants.

------------------------------------------------------------X

Civil Action No. 2:11-cv-7250

**FILED**

MAR 21 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until May 21, 2012 to effectuate service of a summons and Complaint upon each Defendant.

SO ORDERED this 21st day of May, 2012.

By_____
UNITED STATES DISTRICT JUDGE