UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X

NUCORP, LTD.,

                     Plaintiff,

    vs.

JOHN DOES 1-37,

                     Defendants.

---------------------------------------------------------------X

Civil Action No. 5:11-cv-07250-CMR

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice.</u> Defendant, John Doe 3 was assigned the IP address 68.57.17.4. For the avoidance of doubt Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

FIORE & BARBER, LLC

By:    <u>s/ Christopher P. Fiore</u>
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _s/ Christopher P. Fiore_
Christopher P. Fiore, Esquire