UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
NUCORP, LTD., :
 : Civil Action No. 5:11-cv-7250
                        Plaintiff, :
:
        vs. :
:
JOHN DOES 1-37, :
:
                        Defendants. :
:
-----------------------------------------------------------------X

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Nucorp, Ltd., moves for entry of an order extending the time within which Plaintiff has to serve Doe Defendants with a Summons and Complaint, and states:

1.    This is a copyright infringement case against Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.    Plaintiff was granted leave to serve third party subpoenas on the Defendants' ISPs on February 29, 2012. Plaintiff served the subpoenas on the ISPs, demanding they produce the identifying information of the unknown Defendants.

3.    On March 20, 2012, the original Rule 4(m) date, Plaintiff had not yet received the identifying information from the ISPs. As such, Plaintiff filed its Motion for Extension of Time to Serve the Defendants, and was granted until today, May 21, 2012, to effectuate service on the Defendants.

4. To this day, however, Plaintiff has not received the identities for all the Defendants. Specifically, there are two Motions to Quash which remain pending before this Court [Dkt. Nos. 7 and 10]. Absent a ruling on the Motions to Quash, Plaintiff cannot obtain the identities of these movants from their respective ISPs.

5. Further, three of the ISPs in the matter have requested additional time to produce the identities of the Doe Defendants.

6. Accordingly, Plaintiff respectfully requests that the time within which it has to serve the Defendants be extended until at least thirty (30) days after the Court's ruling on the pending Motions to Quash, should the Court rule in Plaintiff's favor.

WHEREFORE, Plaintiff, respectfully requests that the time within which it must serve the Doe Defendants be extended until at least thirty (30) days after the Court's ruling on the pending Motions to Quash. A proposed order is attached for the Court's convenience.

Dated: May 21, 2012

Respectfully submitted,

FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Christopher P. Fiore*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
NUCORP, LTD., :
: Civil Action No. 5:11-cv-7250
                Plaintiff, :
:
    vs. :
:
JOHN DOES 1-37, :
:
               Defendants. :
:
------------------------------------------------------------X

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty days after the Court's rulings on the pending Motions to Quash [Dkt. Nos. 7 and 10] to effectuate service of a summons and Complaint upon each Defendant.

SO ORDERED this ___ day of _____, 2012.


By_____
**UNITED STATES DISTRICT JUDGE**