**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
----------------------------------------------------------X
                                                   :
NUCORP, LTD.,                                      :
                                                   :     Civil Action No. 5:11-cv-7250
                            Plaintiff,             :
                                                   :
              vs.                                  :
                                                   :
JOHN DOES 1-37,                                    :
                                                   :
                            Defendants.            :
                                                   :
----------------------------------------------------------X
```

FILED
MAY 24

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty days after the Court's rulings on the pending Motions to Quash [Dkt. Nos. 7 and 10] to effectuate service of a summons and Complaint upon each Defendant.

SO ORDERED this 24th day of May, 2012.

By Cynthia M. Rufe
UNITED STATES DISTRICT JUDGE